UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
        -v-                                          :              19-CR-131-09 (PAE)
:
ANTHONY DARBY,
:              <u>SCHEDULING ORDER</u>
:
                       Defendant.
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules sentencing in this case for **August 31, 2021** at **11:15 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

*Paul A. Engelmayer* (signature)

Dated: August 25, 2021
       New York, New York

                                            PAUL A. ENGELMAYER
                                            United States District Judge